UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristin Buzick,

Plaintiff,

v.

Polaris Industries, Inc.,

Defendant.

Civil No. 01-949 ADM/AJB

**[redacted] ORDER**

---

Based upon the motion of Defendant and upon the stipulation of the parties, it is hereby **ORDERED**:

1. Forensic Document Expert. Each party may select a forensic document expert for the purposes of examining the documents identified as Exhibit 24 and 25.

   A. Expert Designation:

      i. Defendant has identified Karen Runyon as its forensic document examiner;

      ii. Plaintiff shall have until March 8, 2002, to select its expert.

   B. Expert Report:

      i. Defendant shall have its expert report disclosed by March 11, 2002;

      ii. Plaintiff shall have its expert report disclosed by April 2, 2002.

2. Economic Expert. Each party may select an economic expert for purposes of analyzing the alleged income loss of Kristin Buzick.

FILED MAR 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

A. Expert Disclosure:

i. Plaintiff shall select an expert by March 8, 2002;

ii. Defendant shall select an expert by March 15, 2002.

B. Expert Report:

i. Plaintiff shall produce its expert report by April 5, 2002;

ii. Defendant shall produce its expert report by April 19, 2002.

C. Disclosure of Plaintiff's Data. Plaintiff shall disclose to Defendant her 2001 W-2 from Hazelden, her most recent paycheck from Hazelden, her Hazelden summary plan description, all information regarding her pension contributions at Hazelden and all data provided to her expert regarding her employment.

3. Each party may take depositions of the other party's designated experts up to two weeks before trial.

4. All other dates in the current discovery order shall remain unchanged.

February 28, 2002
Date

Arthur J. Boylan
Arthur J. Boylan, United States
Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristin Buzick,

Plaintiff,

v.

Polaris Industries, Inc.,

Defendant.

Civil No. 01-949 ADM/AJB

**STIPULATION**

---

**WHEREAS**, the parties have discussed extension of discovery solely for purposes of adding forensic document experts and economic experts;

**WHEREAS**, the parties agree that an extension of discovery is necessary for fair and just administration of issues related to this case;

**NOW, THEREFORE,** the parties hereby agree as follows:

1. Forensic Document Expert. Each party may select a forensic document expert for the purposes of examining the documents identified as Exhibit 24 and 25.

   A. Expert Designation:

      i. Defendant has identified Karen Runyon as its forensic document examiner;

      ii. Plaintiff shall have until March 8 , 2002, to select its expert.

   B. Expert Report:

      i. Defendant shall have its expert report disclosed by March 11, 2002;

      ii. Plaintiff shall have its expert report disclosed by April 2, 2002.

   C. Disclosure of Plaintiff's Data. Plaintiff shall disclose to Defendant her 2001 W-2 from Hazelden, her most recent paycheck from Hazelden, her Hazelden



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

summary plan description, all information regarding her pension contributions at Hazelden and all data provided to her expert regarding her employment.

2. Economic Expert. Each party may select an economic expert for purposes of analyzing the alleged income loss of Kristin Buzick.

   A. Expert Disclosure:

      i. Plaintiff shall select an expert by March 8, 2002;

      ii. Defendant shall select an expert by March 15, 2002.

   B. Expert Report:

      i. Plaintiff shall produce its expert report by April 5, 2002;

      ii. Defendant shall produce its expert report by April19, 2002.

3. Each party may take depositions of the other party's designated experts up to two weeks before trial.

4. All other dates in the current discovery order shall remain unchanged.

Dated: February 26, 2002

SIVERTSON & BARRETTE, P.A.

By: ______________________
Alf E. Sivertson, # 122233
1465 Arcade Street
St. Paul, MN 55106

ATTORNEYS FOR PLAINTIFF

Dated: February 19, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Robert L. Bach, #3736
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT