UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristin Buzick,

Plaintiff,

v.

Polaris Industries, Inc.,

Defendant.

Civil No. 01-949 ADM/AJB

**ORDER**

---

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED:

The above-entitled matter is hereby dismissed with prejudice.

Dated: May 16, 2002.

Ann D. Montgomery
Judge of District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MPLS 211186-1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristin Buzick,

Plaintiff,

v.

Polaris Industries, Inc.,

Defendant.

Civil No. 01-949 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The parties, by and through their counsel, hereby stipulate that the above-entitled matter shall be dismissed with prejudice.

By: Alf Sivertson
The Barrister Building
1465 Arcade Street,
St. Paul, Minnesota 55106

ATTORNEY FOR PLAINTIFF

Dated: 5/9/02

By: Robert L. Bach, #3736
Felhaber, Larson, Fenlon & Vogt, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402

ATTORNEY FOR DEFENDANT

Dated: 5/8/02